AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bright, Myron H. | U.S.C.A.--Eighth Circuit | 05/12/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge Senior Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

655 First Avenue North
Suite 340
Fargo, ND 58102-4952

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Legal Education Fund, Inc. |
| 2. | Director | U S - Asia Law Institute |
| 3. | Trustee | Trust #1 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 7/7/2014 | ND Institute for Regional Studies--royalty |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H. | 05/12/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H. | 05/12/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. IRA #1 | | | | | | | | | See Part VIII |
| 2. --TD Ameritrade Money Market Deposit Account | A | Interest | J | T | | | | | |
| 3. --ConocoPhillips Common Stock | A | Dividend | J | T | | | | | |
| 4. --Phillips 66 Common Stock | A | Dividend | J | T | | | | | |
| 5. Brokerage Account #1 | | | | | | | | | |
| 6. --Tamarack Prime Money Market Fund | A | Dividend | K | T | | | | | |
| 7. --First Trust Advisors: Interest Rate Hedge Series 45 | A | Dividend | | | Redeemed | 05/22/14 | J | B | |
| 8. --First Trust Advisors: Core Three | A | Int./Div. | | | Redeemed | 08/28/14 | J | | |
| 9. --First Trust Advisors: High Div. Equity Series 4 | A | Dividend | | | Redeemed | 08/21/14 | K | C | |
| 10. --First Trust Advisors: MLP Fund & Energy Series 18 | B | Dividend | | | Redeemed | 05/30/14 | K | D | |
| 11. --First Trust Advisors: Dividend Strength Series 20 | B | Dividend | K | T | | | | | |
| 12. --First Trust Advisors: Capital Strength Series 22 | A | Dividend | K | T | | | | | |
| 13. --First Trust Advisors: Cyclical Strength Series 1 | A | Dividend | K | T | | | | | |
| 14. --First Trust Advisors: Dividend Growth Series 1 | A | Dividend | K | T | | | | | |
| 15. --First Trust Advisors: Income Dividend Equity Alloc. Idea | A | Dividend | K | T | | | | | |
| 16. --First Trust Advisors: Balanced Income Elect Series 33 | A | Dividend | | | Redeemed | 12/18/14 | K | A | |
| 17. --First Trust Advisors: Equity Income Select Series 34 | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --First Trust Advisors: REIT Growth & Income Series 22 | A | Dividend | | | Redeemed | 12/18/14 | K | B | |
| 19. --First Trust Advisors: Sabrient Dividend Series 1 | B | Dividend | K | T | | | | | |
| 20. --First Trust Advisors: Global Bd Income Series 10 | B | Dividend | K | T | | | | | |
| 21. --First Trust Advisors: Interest Rate Hedge Series 67 | A | Dividend | J | T | | | | | |
| 22. --First Trust Advisors: SMID High Dividend Series 10 | A | Dividend | J | T | | | | | |
| 23. --First Trust Advisors: High Dividend Equity Series 15 | B | Dividend | K | T | | | | | |
| 24. --First Trust Advisors: Energy Select Series 48 | A | Dividend | K | T | | | | | |
| 25. --First Trust Advisors: Sr. Loan & Dividend Growers | A | Dividend | K | T | | | | | |
| 26. --First Trust Advisors: European Deep Value Sub 10 Div. Series 7 | A | Dividend | J | T | | | | | |
| 27. --First Trust Advisors: Int. Rate Hedge Ser. 82 | A | Dividend | J | T | Buy | 05/15/14 | J | | |
| 28. --First Trust Advisors: FD & Energy Ser. 34 | A | Dividend | K | T | Buy | 05/27/14 | J | | |
| 29. | | | | | Buy (add'l) | 05/29/14 | J | | |
| 30. --First Trust Advisors: Equity Closed End Ser. 31 | A | Dividend | J | T | Buy | 07/31/14 | J | | |
| 31. --First Trust Advisors: Tactical Income Port Ser. 31 | B | Dividend | K | T | Buy | 08/22/14 | K | | |
| 32. --First Trust Advisors: Strategic Div. Select Ser. 15 | B | Dividend | K | T | Buy | 08/27/14 | J | | |
| 33. | | | | | Buy (add'l) | 09/12/14 | K | | |
| 34. --First Trust Advisors: Defensive Equity Ser. 29 | A | Dividend | K | T | Buy | 09/17/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --First Trust Advisors: Utilities Select Port Ser. 31 | A | Dividend | K | T | Buy | 09/17/14 | K | | |
| 36. --First Trust Advisors: Deep Value Divid. Ser. 3 | A | Dividend | K | T | Buy | 09/15/14 | K | | |
| 37. --First Trust Advisors: Dorsey Wright Rel. Strength Ser. 14 | A | Dividend | K | T | Buy | 09/15/14 | K | | |
| 38. --First Trust Advisors: Prime Income & ETF Nov. 2014 | B | Dividend | K | T | Buy | 12/17/14 | K | | |
| 39. | | | | | Buy (add'l) | 12/24/14 | J | | |
| 40. --Franklin Templeton Funds: Gold & Precious Metals | A | Dividend | J | T | Buy | 04/01/14 | J | | |
| 41. Trust #1 | | | | | | | | | See Part VIII |
| 42. --Tamarack Prime Money Market Fund | A | Dividend | J | T | | | | | |
| 43. --First Trust Advisors: MLP Fund & Energy Series 20 | A | Dividend | | | Redeemed | 10/17/14 | J | B | |
| 44. --First Trust Advisors: Dividend Income Plus Series 8 | A | Dividend | | | Redeemed | 12/26/14 | J | B | |
| 45. --First Trust Advisors: Interest Rate Hedge Series 68 | A | Dividend | K | T | Sold (part) | 10/22/14 | J | | |
| 46. | | | | | Sold (part) | 10/23/14 | J | | |
| 47. --First Trust Advisors: Sabrient Dividend Series 2 | B | Dividend | K | T | | | | | |
| 48. --First Trust Advisors: High Dividend Equity Series 15 | B | Dividend | K | T | | | | | |
| 49. --First Trust Advisors: Equity Income Select Series 37 | B | Dividend | K | T | | | | | |
| 50. --First Trust Advisors: Prime Inc. & ETF Nov. 2014 | A | Dividend | J | T | Buy | 12/24/14 | J | | |
| 51. --First Trust Advisors: MLP Fund & Energy Ser. 39 | A | Dividend | J | T | Buy | 10/16/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | Bell State Bank & Trust Checking Account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H. | 05/12/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Column A, Line 1--Filer transitioning voluntarily to reporting income and ending value codes for each asset in this aggregate ownership arrangement. See, Filing Instructions for Judicial Officers and Employees, Section G.1.Aggregate Reporting NOTE on page 56.

VII. Column A, Line 41--Filer transitioning voluntarily to reporting income and ending value codes for each asset in this aggregate ownership arrangement. See, Filing Instructions for Judicial Officers and Employees, Section G.1.Aggregate Reporting NOTE on page 56.

VII. Column B(2), Line 41--Inadvertently reported as Int./Div. in prior year's report.

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H. | 05/12/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Myron H. Bright**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544